UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL H. MCGINLEY III, and MARCIA J. MCGINLEY, husband and wife,<br><br>                Plaintiffs,<br><br>  v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC, AMERICAN BROKER CONDUIT, APEX MORTGAGE SERVICE, FIDELITY NATIONAL FINANCIAL, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and DOES I - VII,<br><br>                Defendants. | No. 2:10-cv-01157 RJB<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME |

      This matter comes before the Court on a joint motion for extension of time. Dkt. 17. The Court has considered the motion and the remaining file herein.

      On July 28, 2010, the Court issued an order setting October 19, 2010 as the submission date for initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). On October 20, 2010, Plaintiffs, Defendant American Home Mortgage Servicing, Inc., Defendant Mortgage Electronic Registration Systems, Inc., and Defendant Fidelity National Title Insurance Co. submitted a joint motion requesting an extension of the submission date for initial disclosures to December 20, 2010. This motion should be granted.

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME - 1

1     Therefore, it is hereby **ORDERED** that the joint motion for extension of time (Dkt. 17) is

2 **GRANTED.** Initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) are now due no later than

3 December 20, 2010.

4     The Clerk is directed to send uncertified copies of this Order to all counsel of record and

5 to any party appearing *pro se* at said party's last known address.

6

7     DATED this  21st  day of October, 2010.

8

9

10 *[signature: Robert J. Bryan]*

11     ROBERT J. BRYAN
    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME - 2